760 S.E.2d 111

**In the Matter of George Randall TAYLOR, Petitioner.**

Appellate Case No. 2013–001664.

Supreme Court of South Carolina.

June 30, 2014.

## ORDER

The Court grants petitioner's Petition to Transfer from Incapacity Inactive Status to Active Status and reinstates petitioner as a regular member of the South Carolina Bar.

/s/JEAN H. TOAL, C.J.

/s/COSTA M. PLEICONES, J.

/s/DONALD W. BEATTY, J.

/s/JOHN W. KITTREDGE, J

/s/KAYE G. HEARN, J.
    FOR THE COURT